IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 14-22410-TPA |
| GINA M. CIMINEL, | Chapter 13 |
| Debtor, | Related to Document Nos. 35 and 36 |
| NATIONSTAR MORTGAGE, LLC, | |
| Movant, | |
| v. | |
| GINA M. CIMINEL, and<br>RONDA J. WINNECOUR, Ch. 13 Trustee, | |
| Respondents | |

CERTIFICATE OF SERVICE OF MOTION TO ALLOW LATE-FILED CLAIM
AND NOTICE OF HEARING WITH RESPONSE DEADLINE

    I certify under penalty of perjury that I served the above captioned pleadings at the addresses specified below on July 20, 2017.

    The types of service made on the parties were:

By First-Class Mail:

Gina M. Ciminel
116 Windermere Court
McMurray, PA 15317

and:

By Electronic Notification:

Christopher M. Frye, Esq.                chris.frye@steidl-steinberg.com
Ronda J. Winnecour, Ch. 13 Trustee       cmecf@chapter13trusteewdpa.com
Office of the United States Trustee      ustpregion03.pi.ecf@usdoj.gov

                                              By: /s/ Lara E. Shipkovitz
                                              Lara E. Shipkovitz, Esq.
                                              PA I.D.: 307272
                                              707 Grant Street, Suite 2200, Gulf Tower
                                              Pittsburgh, PA 15219
                                              Phone:  (412) 456-8102
                                              Fax:     (412) 456-8135
                                              Email:  lshipkovitz@bernsteinlaw.com

                                              Counsel for Nationstar Mortgage, LLC