IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>GINA M. CIMINEL,<br><br>    Debtor,<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>    Movant,<br><br>v.<br><br>GINA M. CIMINEL, and<br>RONDA J. WINNECOUR, Ch. 13 Trustee,<br><br>    Respondents | Bankruptcy No. 14-22410-TPA<br><br>Chapter 13<br><br>Related to Document Nos. 35 and 36 |

CERTIFICATE OF NO OBJECTION OR RESPONSE
TO MOTION TO ALLOW LATE-FILED CLAIM

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Allow Late Filed Claim, filed at Doc. No. 35 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than August 7, 2017.

    It is hereby respectfully requested that the Order attached to the Movant's Motion to Allow Late Filed Claim be entered by the Court.

Dated: August 8, 2017

Respectfully submitted,

By: /s/ Lara E. Shipkovitz
Lara E. Shipkovitz, Esq.
PA I.D.: 307272
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone:  (412) 456-8102
Fax:     (412) 456-8135
Email:  lshipkovitz@bernsteinlaw.com

Counsel for Nationstar Mortgage, LLC