FILED
8/9/17 10:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 14-22410-TPA |
|---|---|
| GINA M. CIMINEL, | Chapter 13 |
| Debtor, | Document No.    35 |
| NATIONSTAR MORTGAGE, LLC, | |
| Movant, | |
| v. | |
| GINA M. CIMINEL, and RONDA J. WINNECOUR, Ch. 13 Trustee, | |
| Respondents | |

ORDER OF COURT

AND NOW, this  9th  day of  August , 2017, upon consideration of Movant's Motion to Allow Late-Filed Claim, it is hereby ORDERED, that Movant shall be permitted to file its claim, a copy of which was attached to the Motion.

BY THE COURT:

Hon. Thomas P. Agresti
U.S. Bankruptcy Court Judge

ljm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 14-22410-TPA
Gina M. Ciminel                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: amaz           Page 1 of 1        Date Rcvd: Aug 09, 2017
                            Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2017.
db             +Gina M. Ciminel,    116 Windermere Court,    McMurray, PA 15317-3670

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                                    Signature:  /s/Joseph Speetjens 

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2017 at the address(es) listed below:
              Christopher M. Frye    on behalf of Debtor Gina M. Ciminel chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com
              Heather Stacey Riloff    on behalf of Creditor    Nationwide Advantage Mortgage Company
               heather@mvrlaw.com, Michelle@mvrlaw.com
              James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Peters Township Sanitary Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Lara E. Shipkovitz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC lshipkovitz@bernsteinlaw.com,
               cwirick@bernsteinlaw.com;lshipkovitz@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7