# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Gina M. Ciminel FKA Gina M. Volpe, FKA Gina M. Garrity | : : : | Case No.: 14-22410 Chapter 13 Judge Thomas P. Agresti |
| Debtor(s). | : : : | * * * * * * * * * * * * * * * * * * * * * * * |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO:   THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, THE DEBTOR AND HIS ATTORNEY OF RECORD HEREIN AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE, that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. Section 102(1) and all other applicable law, the undersigned, as counsel of record for Wells Fargo Bank, N.A., its successor and assigns ("Creditor"), a creditor of the above-named Debtor and a party-in-interest in the captioned bankruptcy case, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office, address and telephone number:

> Karina Velter, Esquire
> MANLEY DEAS KOCHALSKI LLC
> P.O. Box 165028
> Columbus, OH  43216-5028
> 614-222-4921
> Atty File No.: 18-006011

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or otherwise which affect or seek to affect in any way any rights or interest of the Debtor.

18-006011_KSH

Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner
Adam B. Hall
Sarah E. Barngrover
Edward H. Cahill
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-006011_KSH

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| **Gina M. Ciminel FKA Gina M. Volpe,** | : **Case No.: 14-22410** |
| **FKA Gina M. Garrity** | : **Chapter 13** |
| | : **Judge Thomas P. Agresti** |
| **Debtor(s).** | : * * * * * * * * * * * * * * * * * * * * * * * |
| | : |
| | : |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on February 26, 2018.

<u>Service by ECF:</u>
Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219

Christopher M. Frye, Attorney for Gina M. Ciminel FKA Gina M. Volpe, FKA Gina M. Garrity, Suite 2830 Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219, chirs.frye@steidl-steinburg.com

<u>Service by First-Class Mail:</u>
Gina M. Ciminel FKA Gina M. Volpe, FKA Gina M. Garrity and Joseph L. Ciminel, 116 Windermere Court, McMurray, PA 15317

Gina M. Ciminel FKA Gina M. Volpe, FKA Gina M. Garrity and Joseph L. Ciminel, 116 Windermere Court, Peters Twsp., PA 15317

EXECUTED ON: <u>February 26, 2018</u>

By: <u>/s/ Karina Velter</u>
Signature
<u>Karina Velter, Esquire</u>
Typed Name
<u>P.O. Box 165028, Columbus, OH 43216-5028</u>
Address
<u>614-220-5611</u>
Phone No.
<u>94781</u>
List Bar I.D. and State of Admission

18-006011_KSH