**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 14-22410-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

Gina M. Ciminel
116 Windermere Court
McMurray PA 15317

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/07/2018.

Name and Address of Alleged Transferor(s):

Claim No. 11: Nationstar Mortgage LLC, P.O. Box 619094, Dallas TX 75261-9741

Name and Address of Transferee:

Wells Fargo Bank, N.A.
Default Document Processing
MAC N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/09/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Gina M. Ciminel  
      Debtor

Case No. 14-22410-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: amaz     Page 1 of 1     Date Rcvd: Mar 07, 2018  
                           Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2018.  
14664304       +Nationstar Mortgage LLC,    P.O. Box 619094,    Dallas TX 75261-9094

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2018 at the address(es) listed below:  
           Christopher M. Frye    on behalf of Debtor Gina M. Ciminel chris.frye@steidl-steinberg.com,  
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com  
           Heather Stacey Riloff    on behalf of Creditor    Nationwide Advantage Mortgage Company  heather@mvrlaw.com, Michelle@mvrlaw.com  
           James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
           Jeffrey R. Hunt    on behalf of Creditor    Peters Township Sanitary Authority jhunt@grblaw.com, cnoroski@grblaw.com  
           Karina Velter    on behalf of Creditor    Wells Fargo Bank, N.A. amps@manleydeas.com  
           Lara Shipkovitz Martin    on behalf of Creditor    NATIONSTAR MORTGAGE LLC lmartin@bernsteinlaw.com, cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com  
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                              TOTAL: 8