| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Gina M. Ciminel** | Social Security number or ITIN   **xxx–xx–1087** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:   **14–22410–TPA** | | |

# Order of Discharge     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Gina M. Ciminel
   fka Gina M. Volpe, fka Gina M. Garrity

<u>6/12/18</u>                         **By the court:**    <u>Thomas P. Agresti</u>
                                                 United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 14-22410-TPA
Gina M. Ciminel                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: amaz            Page 1 of 2          Date Rcvd: Jun 12, 2018
                             Form ID: 3180W        Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2018.
```
db             +Gina M. Ciminel,    116 Windermere Court,     McMurray, PA 15317-3670
cr             +Peters Township Sanitary Authority,    3244 Washington Road,     McMurray, PA 15317-6404
13871204       +AMS Servicing, LLC,    3374 Walden Avenue,    Suite 120,    Depew, NY 14043-2437
13871213        Fifth Third Bank,    P. O. Box 740789,    Cincinnati, OH 45274-0789
13897234       +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
13871216        McKees Rocks,    c/o Berkheimer Tax Administrator,    PO Box 21450,
                 Lehigh Valley, PA 18002-1450
14664304       +Nationstar Mortgage LLC,    P.O. Box 619094,    Dallas TX 75261-9094
13873161       +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13871218        PNC Bank,    P. O. Box 856177,    Louisville, KY 40285-6177
13907370       +Peters Township Sanitary Authority,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13871220        Steeler NFL,    PO Box 13337,    Philadelphia, PA 19101-3337
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 13 2018 01:31:55      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
13871205        EDI: BANKAMER.COM Jun 13 2018 05:28:00      Bank of America,    PO Box15019,
                 Wilmington, DE 19886-5019
13918826       +E-mail/Text: bncmail@w-legal.com Jun 13 2018 01:32:08       CERASTES, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
13871207        EDI: CAPITALONE.COM Jun 13 2018 05:28:00      Capital One Bank,    P.O. Box 71083,
                 Charlotte, NC 28272-1083
13871208       +EDI: CAPITALONE.COM Jun 13 2018 05:28:00      Capital One Bank,    P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
13919188        EDI: BL-BECKET.COM Jun 13 2018 05:28:00      Capital One, N.A.,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
13871209        EDI: CHASE.COM Jun 13 2018 05:28:00      Chase,    PO Box 15153,    Wilmington, DE 19886-5153
13871210        EDI: CITICORP.COM Jun 13 2018 05:28:00      Citi Cards,    Processing Center,
                 Des Moines, IA 50363-0005
13871211       +EDI: CITICORP.COM Jun 13 2018 05:28:00      Citi Cards,    PO Box 6500,
                 Sioux Falls, SD 57117-6500
13871212        EDI: DISCOVER.COM Jun 13 2018 05:28:00      Discover,    P.O. Box 71084,
                 Charlotte, NC 28272-1084
13874169        EDI: DISCOVER.COM Jun 13 2018 05:28:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
13871214        EDI: WFNNB.COM Jun 13 2018 05:28:00      Giant Eagle/Comenity,    PO Box 659584,
                 San Antonio, TX 78265-9584
13871215        EDI: CBSKOHLS.COM Jun 13 2018 05:28:00      Kohls,    P.O. Box 2983,    Milwaukee, WI 53201-2983
13871217        E-mail/Text: bkrnotis@nationwide.com Jun 13 2018 01:32:04       Nationwide Mortgage,
                 PO Box 919000,    Des Moines, IA 50391-9000
13921840        EDI: PRA.COM Jun 13 2018 05:28:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
13908324        EDI: Q3G.COM Jun 13 2018 05:28:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
14239641        EDI: Q3G.COM Jun 13 2018 05:28:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
13871219        EDI: RMSC.COM Jun 13 2018 05:28:00      Sams Club/GECRB,    PO Box 530942,
                 Atlanta, GA 30353-0942
13889041       +E-mail/Text: bncmail@w-legal.com Jun 13 2018 01:32:08       TD BANK USA, N.A.,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
13871221        EDI: WTRRNBANK.COM Jun 13 2018 05:28:00      Target Card Servcies,    PO Box 660170,
                 Dallas, TX 75266-0170
14787471        EDI: WFFC.COM Jun 13 2018 05:28:00      Wells Fargo Bank, N.A.,    Default Document Processing,
                 MAC N9286-01Y,    1000 Blue Gentian Road,    Eagan, MN 55121-7700
                                                                                              TOTAL: 21
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC
cr              Nationwide Advantage Mortgage Company
cr              Wells Fargo Bank, N.A.
cr*             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13871206*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,     PO Box15019,    Wilmington, DE 19886-5019)
                                                                                               TOTALS: 3, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: amaz                 Page 2 of 2                  Date Rcvd: Jun 12, 2018
                              Form ID: 3180W             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2018 at the address(es) listed below:
              Christopher M. Frye    on behalf of Debtor Gina M. Ciminel chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
              Heather Stacey Riloff    on behalf of Creditor    Nationwide Advantage Mortgage Company
               heather@mvrlaw.com,   Michelle@mvrlaw.com
              James Warmbrodt     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Peters Township Sanitary Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Karina Velter     on behalf of Creditor    Wells Fargo Bank, N.A. amps@manleydeas.com
              Lara Shipkovitz Martin    on behalf of Creditor    NATIONSTAR MORTGAGE LLC lmartin@bernsteinlaw.com,
               cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```