**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   GINA M. CIMINEL

        Debtor(s)

Ronda J. Winnecour
      Movant
   vs.
No Repondents.

Case No.:14-22410 TPA

Chapter 13

Document No.:    47

FILED
6/12/18 3:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

   AND NOW, this ___12th___ day of ___June___, 2018__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

ljm

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                          Case No. 14-22410-TPA
Gina M. Ciminel                                                                 Chapter 13
         Debtor
                                        CERTIFICATE OF NOTICE
District/off: 0315-2            User: amaz                  Page 1 of 2                  Date Rcvd: Jun 12, 2018
                                Form ID: pdf900             Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2018.
db             +Gina M. Ciminel,    116 Windermere Court,    McMurray, PA 15317-3670
cr             +Peters Township Sanitary Authority,    3244 Washington Road,    McMurray, PA 15317-6404
13871204       +AMS Servicing, LLC,    3374 Walden Avenue,    Suite 120,   Depew, NY 14043-2437
13871205      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:    Bank of America,    PO Box15019,    Wilmington, DE 19886-5019)
13919188        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13871209        Chase,   PO Box 15153,    Wilmington, DE 19886-5153
13871211       +Citi Cards,    PO Box 6500,   Sioux Falls, SD 57117-6500
13871210        Citi Cards,    Processing Center,   Des Moines, IA 50363-0005
13871213        Fifth Third Bank,    P. O. Box 740789,    Cincinnati, OH 45274-0789
13897234       +Fifth Third Bank,    PO Box 9013,   Addison, Texas 75001-9013
13871214        Giant Eagle/Comenity,    PO Box 659584,    San Antonio, TX 78265-9584
13871216        McKees Rocks,    c/o Berkheimer Tax Administrator,    PO Box 21450,
                 Lehigh Valley, PA 18002-1450
14664304       +Nationstar Mortgage LLC,    P.O. Box 619094,    Dallas TX 75261-9094
13873161       +PNC BANK,    PO BOX 94982,   CLEVELAND, OHIO 44101-4982
13871218        PNC Bank,    P. O. Box 856177,   Louisville, KY 40285-6177
13907370       +Peters Township Sanitary Authority,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13871220        Steeler NFL,    PO Box 13337,   Philadelphia, PA 19101-3337
13871221        Target Card Servcies,    PO Box 660170,    Dallas, TX 75266-0170
14787471        Wells Fargo Bank, N.A.,    Default Document Processing,    MAC N9286-01Y,
                 1000 Blue Gentian Road,    Eagan, MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13918826       +E-mail/Text: bncmail@w-legal.com Jun 13 2018 01:32:08       CERASTES, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13871207        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 13 2018 01:36:43       Capital One Bank,
                 P.O. Box 71083,   Charlotte, NC 28272-1083
13871208       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 13 2018 01:36:43       Capital One Bank,
                 P.O. Box 30281,    Salt Lake City, UT 84130-0281
13871212        E-mail/Text: mrdiscen@discover.com Jun 13 2018 01:31:37       Discover,    P.O. Box 71084,
                 Charlotte, NC 28272-1084
13874169        E-mail/Text: mrdiscen@discover.com Jun 13 2018 01:31:37       Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
13871214        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.com Jun 13 2018 01:31:46       Giant Eagle/Comenity,
                 PO Box 659584,    San Antonio, TX 78265-9584
13871215        E-mail/Text: bnckohlsnotices@becket-lee.com Jun 13 2018 01:31:39       Kohls,   P.O. Box 2983,
                 Milwaukee, WI 53201-2983
13871217        E-mail/Text: bkrnotis@nationwide.com Jun 13 2018 01:32:04       Nationwide Mortgage,
                 PO Box 919000,    Des Moines, IA 50391-9000
13921840        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 13 2018 01:51:35
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13908324        E-mail/Text: bnc-quantum@quantum3group.com Jun 13 2018 01:31:48
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA 98083-0788
14239641        E-mail/Text: bnc-quantum@quantum3group.com Jun 13 2018 01:31:48
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
13871219        E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2018 01:36:12       Sams Club/GECRB,    PO Box 530942,
                 Atlanta, GA 30353-0942
13889041       +E-mail/Text: bncmail@w-legal.com Jun 13 2018 01:32:08       TD BANK USA, N.A.,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC
cr              Nationwide Advantage Mortgage Company
cr              Wells Fargo Bank, N.A.
cr*             Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
13871206*     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:    Bank of America,    PO Box15019,   Wilmington, DE 19886-5019)
                                                                                               TOTALS: 3, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2          User: amaz              Page 2 of 2            Date Rcvd: Jun 12, 2018
                              Form ID: pdf900         Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2018 at the address(es) listed below:
          Christopher M. Frye    on behalf of Debtor Gina M. Ciminel chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
          Heather Stacey Riloff    on behalf of Creditor    Nationwide Advantage Mortgage Company
           heather@mvrlaw.com, Michelle@mvrlaw.com
          James Warmbrodt     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Peters Township Sanitary Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Karina Velter    on behalf of Creditor    Wells Fargo Bank, N.A. amps@manleydeas.com
          Lara Shipkovitz Martin    on behalf of Creditor    NATIONSTAR MORTGAGE LLC lmartin@bernsteinlaw.com,
           cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 8
```